UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MATTHEW NARCISSE AND JOSEPHINE NARCISSE | CIVIL ACTION NO. 6:18-cv-00783 |
| VERSUS | JUDGE FOOTE |
| STATE FARM FIRE AND CASUALTY COMPANY | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that motion to withdraw Joseph LaHatte and Jennifer Zajac as counsel of record for the plaintiffs, Josephine and Matthew Narcisse (Rec. Doc. 23) is DENIED AS MOOT, and this matter is DISMISSED WITH PREJUDICE.

Signed at Shreveport, Louisiana, this  24th  day of    March    , 2022.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE